UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WESTON,<br><br>                           Plaintiff,<br><br>v.<br><br>ELIZABETH LEFITI, MINELLA LAW GROUP APC, and KATHY MINELLA,<br><br>                         Defendants. | Case No.: 23-cv-896-L-DDL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXPEDITED EARLY NEUTRAL EVALUATION**<br><br>**[Dkt. No. 13]** |

Before the Court is Plaintiff's Ex Parte Motion for Expedited Early Neutral Evaluation. Dkt. No. 13. Defendants oppose the request. Dkt. No. 16.

The District's Local Rules require the Court to schedule an ENE within 45 days of the filing of an answer, although the parties may request that an ENE be convened before the pleadings are closed. CivLR 16.1.c.1. Whether to conduct a pre-answer ENE is a matter of discretion. *See id.* ("The judge will hold such conferences as he or she deems appropriate.").

The Court's review of the docket demonstrates that Defendants have moved to strike or dismiss with prejudice all six causes of action stated in Plaintiff's complaint. *See* Dkt. No. 7. Because Defendants' motion could dispose of the case entirely or significantly narrow the claims in dispute, the Court does not find that

convening an ENE before the pleadings are settled "would assist in the reduction of expense and delay in the case." CivLR 16.1.c.1; *accord Am. News & Info. Serv., Inc. v. Gore*, No. 12CV2186-BEN KSC, 2015 WL 1403641, at *2 (S.D. Cal. Mar. 26, 2015) (declining to set an early ENE where "the outcome" of a pending motion to dismiss would "determine which causes of action survive").

Accordingly, Plaintiff's Ex Parte Motion for Expedited Early Neutral Evaluation [Dkt. No. 13] is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 17, 2023

*/s/ David Leshner/*

Hon. David D. Leshner
United States Magistrate Judge